IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-CR-3038 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1<br>18 U.S.C. § 932(b)(1)<br>Straw Purchase of Firearms<br>(N. and T. Meriweather) |
| NICHOLAS JAMES MERIWEATHER,<br>and TYLER NICHOLAS<br>MERIWEATHER, | |
| Defendants. | Count 2<br>18 U.S.C. § 922(a)(6)<br>False Statement During Purchase of<br>a Firearm<br>(T. Meriweather) |

The Grand Jury charges:

## Count 1

### Straw Purchase of Firearms

On or about November 18, 2022, in the Northern District of Iowa, defendants, NICHOLAS JAMES MERIWEATHER and TYLER NICHOLAS MERIWEATHER, did knowingly purchase firearms, to wit: a Taurus, Model G3, 9mm pistol; a Taurus, Model G3, 9mm pistol; and a Palmetto State Armory, Model PA-15, 5.56 caliber AR-15 pistol, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of RM, knowing or having reasonable cause to believe that RM had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, or did conspire to do so.

1

This is in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## Count 2

## False Statement During Purchase of a Firearm

On or about October 14, 2022, in the Northern District of Iowa, defendant, TYLER NICHOLAS MERIWEATHER, in connection with the acquisition of a firearm, a Glock Model 26 9mm luger pistol, from Larson's Guns & Ammo, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Larson's Guns & Ammo, which statement was intended and likely to deceive Larson's Guns & Ammo, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented the firearm he was purchasing was for himself, when in fact defendant purchased the firearm on behalf of another person.

This is in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____  11/15/23
Grand Jury Foreperson    Date

TIMOTHY T. DUAX
United States Attorney

By: _____

PATRICK T. GREENWOOD
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
NOV 1 6 2023

And filed _____
PAUL DE YOUNG, CLERK

2
Case 3:23-cr-03038-LTS-KEM   Document 4   Filed 11/16/23   Page 2 of 2